**In The**

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00483-CR
_____

### IN RE BEULAH LEE JOHNSON

### Original Proceeding

### MEMORANDUM OPINION

Relator Beulah Lee Johnson filed a petition for writ of mandamus. We may grant mandamus relief only if the relator demonstrates that the act sought to be compelled is purely ministerial, and that the relator has no other adequate legal remedy. *See State ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001). Although this Court provided Johnson an opportunity to amend her petition, she did not. Johnson has not shown that she is entitled to relief by writ of mandamus. *See id.* We deny the petition.

PETITION DENIED.

PER CURIAM

Opinion Delivered November 28, 2012
Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.